IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT

Civil Action No. 05-cv-01693-OES

SEP 1 4 2005

MARION T. MARTINEZ,

GRE_____HAM
CLERK

     Plaintiff,

v.

JAMES ABBOTT, Warden, C.T.C.F. Facility,
GARY SHAMES, Chief Medical Doctor, Colo. Springs, Colo., and
SANDY HARRIS, Nurse Supervisor, C.T.C.F.,

     Defendants.

---

## ORDER ALLOWING PLAINTIFF TO PROCEED
## WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On August 31, 2005, the court granted Plaintiff Marion T. Martinez leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Mr. Martinez either to pay an initial partial filing fee of $4.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On September 8, 2005, Mr. Martinez submitted a copy of his inmate trust fund account statement showing that the available balance in his account as of September 6, 2005, is $-4.05. The financial affidavit previously filed by Mr. Martinez reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until

the full filing fee is paid.  However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Martinez will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's August 31 order. The court will proceed to review complaint pursuant to § 1915(e)(2)(B).  However, although he may proceed without payment of an initial partial filing fee, Mr. Martinez remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's August 31 order and reiterated below.  Accordingly, it is

ORDERED that Mr. Martinez may proceed in this action without payment of the initial partial filing fee designated in the court's August 31, 2005, order because he has shown cause why he has no means by which to pay an initial partial filing fee.  Mr. Martinez remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1).  It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Martinez shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment.  Mr. Martinez is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  It is

FURTHER ORDERED that if Mr. Martinez fails to have the appropriate payment

2

sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this ___14___ day of ___September___, 2005.

BY THE COURT:

_____

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01693-OES

Marion T. Martinez
Reg. No. 45123
CTCF – CH1
P.O. Box 1010
Canon City, CO 81215

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __9/14/05____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk