IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01693-OES

MARION T. MARTINEZ,

     Plaintiff,

v.

JAMES ABBOTT, Warden C.T.C.F. Facility,
GARY SHAMES, Chief Medical Doctor, Colo. Springs, Colo., and
SANDY HARRIS, Nurse, Supervisor, C.T.C.F.,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

     Plaintiff Marion T. Martinez is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado.  Mr. Martinez has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants have violated his rights under the United States Constitution.  The court must construe the complaint liberally because Mr. Martinez is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court should not be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Mr. Martinez will be ordered to file an amended complaint.

     The court has reviewed the complaint filed in this action and finds that it is deficient because Mr. Martinez fails to allege specific facts in support of his claims that Defendants have violated his constitutional rights.  For example, although he asserts an

equal protection claim, he fails to allege how he has been treated differently than any similarly situated inmate.

Mr. Martinez also fails to allege facts that demonstrate how each Defendant personally participated in the asserted violation of his rights. Mr. Martinez alleges that Defendants Gary Shames and Sandy Harris were aware of his medical problems, apparently based on a letter he sent to the DOC Clinical Services Administration Office that was answered by someone who is not a named Defendant, and failed to take any action. He fails to allege any facts to demonstrate that James Abbott personally participated in the asserted constitutional violations.

Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Martinez must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Martinez will be ordered to file an amended complaint in which he alleges specific facts to support each claim and to demonstrate how each Defendant personally participated in the asserted constitutional violations. Mr. Martinez is reminded that 42

2

U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999).  Therefore, Mr. Martinez should name as Defendants in the amended complaint the individuals he believes actually violated his rights.  Accordingly, it is

ORDERED that Mr. Martinez file **within thirty (30) days from the date of this order** an amended complaint that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Martinez, together with a copy of this order, two copies of the following forms:  Prisoner Complaint.  It is

FURTHER ORDERED that Mr. Martinez submit sufficient copies of the amended complaint to serve each named Defendant.  It is

FURTHER ORDERED that, if Mr. Martinez fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this _20_ day of _September_____, 2005.

BY THE COURT:


_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**


Civil Action No.  05-cv-01693-OES

Marion T. Martinez
Reg. No. 45123
CTCF – CH1
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  9/20/05

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk